**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


UNITED STATES OF AMERICA,


vs.                                                    CASE NO. 8:90-CR-54-T-17


JOE MACK FLOWERS

_____/

### ORDER

        This cause comes before the Court on the defendant's motion for reduction of sentence pursuant to retroactive (sic) of Amendment 506 (Docket No. 153) and response thereto (Docket No. 155).   The Court finds the government's response persuasive.  Accordingly, it is.


        **ORDERED** that defendant's motion (Docket No. 153) be **denied**.


        **DONE AND ORDERED** in Chambers in Tampa, Florida this 21st day of December, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE


Copies furnished to: All Counsel of Record